# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUMBERTO VALDEZ-ROMERO,<br><br>Defendant. | MJ 25-43-GF-JTJ<br><br><br>ORDER |

Pending before the Court is the motion of the United States of America to dismiss the complaint without prejudice. For good cause shown,

IT IS ORDERED that the complaint is dismissed without prejudice.

DATED this 11th day of May 2026.


John Johnston
United States Magistrate Judge


1